UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **KELLY STODDARD,** | ) |
| Plaintiff, | ) Case No. EDCV 08-00994 AJW |
| v. | ) **J U D G M E N T** |
| **MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,** | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is **affirmed**.

DATED: July 8, 2009

_____
ANDREW J. WISTRICH
United States Magistrate Judge